# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff (s):** Jenna Ausema

**Defendant (s):** The GEO Group, Inc., a Florida corporation, d/b/a Central Arizona Correctional Facility

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

County of Residence: Pinal

Plaintiff's Atty(s):

**Stephen Montoya**
**Montoya, Jimenez & Pastor, P.A.**
**3200 North Central Avenue, Ste. 2550**
**Phoenix, Arizona  85012**
**(602) 256-6718**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:          **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

          Plaintiff:- **N/A**

          Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:          **442 Employment**

VI.Cause of Action:          **This is an action seeking to redress gender discrimination, sexual harassment, and retaliation, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e.**

VII. Requested in Complaint

          Class Action: **No**

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **CV-10-1995-PHX-SRB; and CV-13-2073-PHX-SRB** assigned to Judge **SRB.**

**Signature:** **s/ Stephen Montoya**

**Date:** **August 27, 2014**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014